UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

TEOTIMO CISNEROS

          Plaintiff,

    -against-

SEA & SALT SEAFOOD CORP.,
AND SU YONG LEE

          Defendants,

———————————————————————x

Case No. **20-CV-04001**

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the Law Offices of Diane H. Lee, hereby enters its appearance as Counsel on behalf of the Defendants Sea & Salt Seafood Corp., and Su Yong Lee in the above-captioned matter, and requests that copies of all pleadings and other papers (however designated) filed in this action as well as notices given or required to be given in this action, be given and served upon the undersigned at the addresses listed below:

    Diane H. Lee [DL3170]
    The Law Offices of Diane H. Lee
    158 Linwood Plaza, Suite 308-310
    Fort Lee, NJ 07024

    16 W. 32nd Street, Suite 305
    New York, NY 10001
    Telephone: 201-363-0101
                 201-482-8797
    Facsimile: 888-908-3660

FURTHER, if any limited service lists are used in the proceeding, undersigned request inclusion thereon

Dated: June 23, 2020

By: _____
Diane H. Lee [DL3170]
The Law Offices of Diane H. Lee
158 Linwood Plaza, Suite 308-310
Fort Lee, NJ 07024

16 W. 32nd Street, Suite 305
New York, NY 10001
Telephone: 201-363-0101
             201-482-8797
Facsimile: 888-908-3660
DLEE@DHLLAW.COM

To:   Clela Alice Errington
      Michael Faillace & Associates, P.C.
      60 East 42nd Street, Suite 4510
      New York, NY 10165
      Telephone: 212-317-1200
      cerrington@faillacelaw.com
      Attorney for Plaintiff

      Michael Antonio Faillace
      Michael Faillace & Associates, P.C.
      60 East 42nd Street, Suite 4510
      New York, NY 10165
      Telephone: 212-317-1200
      michael@faillacelaw.com
      Attorney for Plaintiff