```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TEOTIMO CISNEROS, *on behalf of himself
and others similarly situated*,

                Plaintiff,              **ORDER**

      -v-                            20-CV-4001 (ALC) (JLC)

SEA & SALT SEAFOOD CORP., *et al.*,

                Defendants.
-----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      Pursuant to the Court's discovery schedule (Dkt. No. 14), the parties were directed to report to the Court by March 15, 2021 when they would like to schedule a settlement conference. To date, the parties have not submitted any such update. The parties are directed to report their timing for a settlement conference by **March 24, 2021**.

      **SO ORDERED.**

Dated: March 17, 2021
       New York, New York

                                                               JAMES L. COTT
                                                               United States Magistrate Judge