UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TEOTIMO CISNEROS et al.,

               Plaintiffs,

   -v-

SEA & SALT SEAFOOD CORP. et al.,

               Defendants.
------------------------------------------------------------X

**ORDER**

20-CV-4001 (ALC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

WHEREAS, the Court was advised by counsel's letter dated October 4, 2021 (Dkt. No. 23) that all claims asserted herein have been settled;

IT IS HEREBY ORDERED that the parties are directed to file a joint letter motion along with their settlement agreement **no later than November 3, 2021,** to request court approval. The letter motion should explain why the proposed settlement is fair and reasonable and otherwise complies with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties should submit their settlement papers to Judge Carter, unless they agree to consent to my jurisdiction to review the settlement under 28 U.S.C. § 636(c). Consent forms are available on the Court website.

**SO ORDERED.**

Dated: October 4, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge