UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

TEOTIMO CISNEROS

                     Plaintiff,

Case No. 20-CV-04001

-against-

SEA & SALT SEAFOOD CORP.,
AND SU YONG LEE      Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Diane H. Lee**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **DL3170**    My State Bar Number is **2480705**

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: The Law Offices of Diane H. Lee
                FIRM ADDRESS: 158 Linwood Plaza Suite 308, Fort Lee, NJ 07024
                FIRM TELEPHONE NUMBER: 201-363-0101
                FIRM FAX NUMBER: 888-908-3660

NEW FIRM:   FIRM NAME: The Law Offices of Diane H. Lee
                FIRM ADDRESS: 1630 Center Avenue, Fort Lee, NJ 07024
                FIRM TELEPHONE NUMBER: 201-363-0101
                FIRM FAX NUMBER: 888-908-3660

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/3/2021

                                            ATTORNEY'S SIGNATURE