UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/19/2022
```

TEOTIMO CISNEROS, *on behalf of himself and others similarly situated*,

                **Plaintiffs,**

-against-

SEA & SALT SEAFOOD CORP. and SU YONG LEE,

                **Defendants.**

20-cv-4001 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' proposed settlement.  The Settlement Agreement, ECF No. 25-1, makes funds payable to Michael Faillace & Associates P.C.  Plaintiffs are directed to file an updated settlement agreement on or before **February 8, 2022**.

**SO ORDERED.**

Dated:   January 19, 2022
            New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**