| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 4/25/2022 |

**TEOTIMO CISNEROS,** *on behalf of himself and others similarly situated*,

                              **Plaintiff,**

-against-

**SEA & SALT SEAFOOD CORP.** and **SU YONG LEE,**

                              **Defendants.**

20-cv-4001 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' revised settlement agreement. ECF No. 32. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the Parties.

    The Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

**Dated**:   April 25, 2022
            New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**